## FOURTH DEPARTMENT, DECEMBER, 1935.

In the Matter of the Estate of WILLIAM H. OWEN, Deceased.— Decree so far as appealed from modified by increasing the allowance to the special guardian to $300 and as modified affirmed, with costs to the respondents William H. Owen, Jr., and Iva A. Martin, next of kin, and to the special guardian, payable out of the estate. All concur. (The decree construes a will.) Present — Sears, P. J,, Taylor, Edgcomb, Crosby and Lewis, JJ.

ANNITE RAE COOKMAN RUGGLES, Respondent, v. FIRST AMERICAN FIRE INSURANCE COMPANY and Another, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. All concur. (One order denies a motion to dismiss the complaint; the other order restrains defendants from foreclosing a mortgage in Canada in an action to recover upon fire insurance policies.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

LEWIS E. EMERY, as Limited Administrator, etc., of KATHLEEN EMERY, Deceased, Respondent, v. THE ROCHESTER TELEPHONE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out the second affirmative defense in the answer in an action to recover for death of plaintiff's intestate caused by delay in furnishing telephone service.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

AMBROSE J. McNAMARA, Appellant, v. HERBERT S. POWELL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Thompson, J., who dissents and votes for reversal and a denial of the motion, and Lewis, J., not voting. (The order dismisses the complaint in an action in fraud based upon violation of a trust relation.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of LORETO TARENTELLI and Another, Respondents, for a Peremptory Mandamus Order against CITY OF CORNING and Others, Appellants; THE NEW YORK CENTRAL RAILROAD COMPANY, Intervening Appellant.— Order affirmed, with costs. All concur. (The order directs defendants to acquire an easement by purchase or condemnation.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Judicial Settlement of the Account of the MANUFACTURERS NATIONAL BANK OF ILION, NEW YORK, as the Administrator, etc., of MICHAEL BURNS, Deceased.— Decree so far as appealed from affirmed, with costs to the respondent, payable out of the estate. All concur. (The decree reduces a jury verdict upon a claim against the estate.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

KENNETH FRANK, an Infant, by FREDERICK J. MIX, His Guardian ad Litem, Respondent, v. HAROLD CURREN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for the plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JOSEPH FRANK, Respondent, v. HAROLD CURREN, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for the plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.